NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VENUS WIRE INDUSTRIES PVT. LTD., PRECISION METALS, SIEVES MANUFACTURERS (INDIA) PVT. LTD., HINDUSTAN INOX LTD.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, CARPENTER TECHNOLOGY CORPORATION, CRUCIBLE INDUSTRIES LLC, ELECTRALLOY, A DIVISION OF G.O. CARLSON, INC., NORTH AMERICAN STAINLESS, UNIVERSAL STAINLESS & ALLOY PRODUCTS, INC., VALBRUNA SLATER STAINLESS, INC.,**

*Defendants-Appellees*

---

2021-1821

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00113-MAB, Judge Mark A. Barnett.

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each party shall bear its own costs.

FOR THE COURT

June 8, 2021        /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** June 8, 2021